IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 21-86-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER VACATING RESTITUTION HEARING |
| ERIC EDWARD MACK, | |
| Defendant. | |

Pending before the Court is the United States' Unopposed Motion to Vacate the Restitution Hearing (Doc. 64). The government cites that the parties have reached an agreement in principle on restitution. For good cause shown,

**IT IS HEREBY ORDERED** that the restitution hearing currently set for Wednesday, May 3, 2023 at 2:30 p.m., is **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall file a motion to amend the judgment following finalizing the written agreement on restitution on or before **May 31, 2023**.

DATED this 1st day of May, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1